Same case below, 330 S.W.3d 709.

No. 11-243. Juan J. Salazar, et al., Petitioners v. City of Maywood, California, et al.

565 U.S. 977, 132 S. Ct. 502, 181 L. Ed. 2d 348, 2011 U.S. LEXIS 7878.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 73.

No. 11-244. Paramount Contractors and Developers, Inc., Petitioner v. City of Los Angeles, California.

565 U.S. 977, 132 S. Ct. 502, 181 L. Ed. 2d 348, 2011 U.S. LEXIS 7829.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 434 Fed. Appx. 662.

No. 11-248. Santiago Meza-Corano, et al., Petitioners v. Eric H. Holder, Jr., Attorney General.

565 U.S. 977, 132 S. Ct. 503, 181 L. Ed. 2d 348, 2011 U.S. LEXIS 7914.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-253. Ariel King, Petitioner v. Michael Pfeiffer.

565 U.S. 977, 132 S. Ct. 507, 181 L. Ed. 2d 348, 2011 U.S. LEXIS 7780.

October 31, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 194 Md. App. 730 and 194 Md. App. 733.

No. 11-255. Edward Tinsley, Petitioner v. Angela Q. Barksdale.

565 U.S. 977, 132 S. Ct. 508, 181 L. Ed. 2d 348, 2011 U.S. LEXIS 7715,

October 31, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 17 A.3d 1197.

No. 11-259. Edward H. Flint, Petitioner v. Churchill Downs Inc., et al.

565 U.S. 978, 132 S. Ct. 509, 181 L. Ed. 2d 348, 2011 U.S. LEXIS 7762.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-261. Charles Podaras, Petitioner v. City of Menlo Park, California, et al.

565 U.S. 978, 132 S. Ct. 510, 181 L. Ed. 2d 348, 2011 U.S. LEXIS 7813.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 427 Fed. Appx. 614.